O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SORENSEN, on behalf of himself and all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; CHASE HOME LENDING, A SUBSIDIARY OF JPMORGAN CHASE & CO.; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. CV 08-02114 DDP (AJWx)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION** |

The Court is not convinced the amount in controversy exceeds the $5,000,000 threshold required for federal jurisdiction under the Class Action Fairness Act of 2005. See 28 U.S.C. § 1332. As such, the Court orders the parties to show cause why this action should not be remanded for lack of subject matter jurisdiction. The Court orders the parties to file cross-briefs, not to exceed ten pages, by July 7, 2008 to show cause why this action should not be remanded for failure to establish federal jurisdiction. The

///

1  parties should also deliver a courtesy copy to chambers, Room 244-
2  J, Second Floor, 312 N. Spring Street, Los Angeles.  If a party
3  does not file a brief, the Court will regard that party as not
4  opposing remand of this matter.  A hearing on this matter is
5  scheduled for July 21, 2008 at 10:00 a.m.

7  IT IS SO ORDERED.

10 Dated: June 12, 2008
                                    _____
                                    DEAN D. PREGERSON
11                                  United States District Judge